```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                         :
LIBRA LALENA MCCOMBS-JIMINEZ, :
                         :
                     Plaintiff, :    1:20-cv-7715-GHW
                         :
          -against -            :    <u>ORDER</u>
                         :
COMMISSIONER OF SOCIAL SECURITY, :
                         :
                    Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On October 6, 2020, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than November 6, 2020.  Dkt. No. 9.  Neither document has been submitted.  Accordingly, the parties are directed to comply with the Court's October 6, 2020 order forthwith, and in no event later than December 4, 2020.

        The Clerk of Court is directed to send a copy of this order to Plaintiff by certified mail.

        SO ORDERED.

Date:   November 30, 2020

                                                                       _____
                                                                             GREGORY H. WOODS
                                                                            United States District Judge